CIVIL, CLOSED

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:07-cv-01872-LKK-EFB
#### Internal Use Only

#4

Highet v. Merck & Co., Inc.
Assigned to: Senior Judge Lawrence K. Karlton
Referred to: Magistrate Judge Edmund F. Brennan
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 09/11/2007
Date Terminated: 11/05/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

## Plaintiff

**Ernastine Highet**



represented by **Clifford Lee Carter**
Clayeo C. Arnold, A Professional Law Corporation
608 University Avenue
Sacramento, CA 95825
(916) 924-3100
Fax: (916) 924-1829
Email: cliff@ccalawcorp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Merck & Co., Inc.**

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By_____ NOV — 5 Deputy Clerk
Dated

represented by **Jeffrey Marc Tanzer**
Venable LLP (Los Angeles)
2049 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 229-9900
Fax: (310) 229-9901
Email: jtanzer@venable.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2007 | ◉ | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Civil Complaint Filing Fee in the amount of $350.00; Type of Credit Card: American Express Name as it appears on Credit Card: Clifford L. Carter Contact Telephone Number: (916) 924-3100 Street: 608 University Avenue |

| | | |
|---|---|---|
| | | Zip code: 95825<br>Credit Card Number: xxxx-xxxx-xxxx-xxxx<br>Expiration Date: xx/xx<br>Security Code: xxx<br>(Carter, Clifford) (Entered: 09/11/2007) |
| 09/11/2007 | ◕1 | COMPLAINT against Merck & Co., Inc. by Ernastine Highet. Attorney Carter, Clifford Lee added. (Attachments: # 1 Summons# 2 Civil Cover Sheet)(Carter, Clifford) (Entered: 09/11/2007) |
| 09/11/2007 | ◕2 | (Court only) PROCESS CREDIT CARD (Kaminski, H) (Entered: 09/11/2007) |
| 09/11/2007 | ◕ | RECEIPT number #CAE200001076 $350.00 fbo Ernastine Highet by Clifford L. Carter on 9/11/2007. (Kaminski, H) (Entered: 09/11/2007) |
| 09/11/2007 | ◕3 | SUMMONS ISSUED as to *Merck & Co., Inc.* with answer to complaint due within *20* days. Attorney *Clifford Lee Carter* *Clayeo C. Arnold, A Professional Law Corporation* *608 University Avenue* *Sacramento, CA 95825*. (Kaminski, H) (Entered: 09/11/2007) |
| 09/11/2007 | ◕4 | CIVIL NEW CASE DOCUMENTS ISSUED;Initial Scheduling Conference set for 12/3/2007 at 10:00 AM in Courtroom 4 (LKK) before Senior Judge Lawrence K. Karlton. (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Kaminski, H) (Entered: 09/11/2007) |
| 09/26/2007 | ◕5 | CERTIFICATE of SERVICE by Ernastine Highet. (Carter, Clifford) (Entered: 09/26/2007) |
| 10/03/2007 | ◕6 | ANSWER to COMPLAINT with Jury Demand by Merck & Co., Inc.. Attorney Tanzer, Jeffrey Marc added.(Tanzer, Jeffrey) (Entered: 10/03/2007) |
| 11/05/2007 | ◕7 | CONDITIONAL TRANSFER ORDER by Clerk of the Panel, CASE TRANSFERRED to USDC Southern District of New Your 07cv9477, Judge John F. Keenan; MDL No. 1789. Electronic case file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Reader, L) (Entered: 11/05/2007) |
| 11/05/2007 | ◕8 | TRANSMITTAL of DOCUMENTS on *11/5/2007* to * USDC Southern District of New York* *500 Pearl Street* *New York, NY 10007*. **<br>*Electronic Documents: 1 to 8. *. (Reader, L) (Entered: 11/05/2007) |

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

J. Michael McMahon
Clerk

USDC ED OF CALIFORNIA

Date:    10/24/07

In Re:    FOSAMAX

MDL    1789

Your Docket #

2:07-1872

S.D. OF N.Y.

07 CV 9477

Dear Sir:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge   KEENAN    for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J. Michael McMahon

By:
MDL Unit

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court,
Eastern District of California

By_____ _____ Deputy Clerk
          NOV  - 5

Dated_____

**A CERTIFIED TRUE COPY**

**JUDGE KEENAN**

OCT 15 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2007

FILED
CLERK'S OFFICE

FLD
SDNY NY
10/24/07

## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION
  Ernestine Highet v. Merck & Co., Inc.,                    )
  E.D. California, C.A. No. 2:07-1872                        )                    MDL No. 1789

### CONDITIONAL TRANSFER ORDER (CTO-35)

On August 16, 2006, the Panel transferred four civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 444 F.Supp.2d 1347 (J.P.M.L. 2006). Since that time, 90 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable John F. Keenan.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Keenan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 16, 2006, and, with the consent of that court, assigned to the Honorable John F. Keenan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 15 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON,                    **CLERK**
BY
                    DEPUTY CLERK