AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

Eastern District of California

Ernastine Highet

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MERCK & CO., INC. and DOES 1-25, inclusive

TO: (Name and address of Defendant)
MERCK & CO., INC.
CT Corporation Systems, Agent for Service
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CLAYEO C. ARNOLD
A PROFESSIONAL LAW CORPORATION
CLIFFORD L. CARTER, SBN 149621
KIRK J. WOLDEN, SBN 138902
608 UNIVERSITY AVENUE
SACRAMENTO, CA 95825

an answer to the complaint which is served on you with this summons, within  20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                      DATE

(By) DEPUTY CLERK

EDCAO440

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                Signature of Server

                                                _____
                                                Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.