| | |
|---|---|
| *Attorney or Party without Attorney:*<br>CLIFFORD L CARTER ESQ., Bar #149621<br>CLAYEO C. ARNOLD, PLC<br>608 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br>*Telephone No:* 916-924-3100   *FAX No:* 916-924-1829<br><br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* ERNASTINE HIGHET
*Defendant:* MERCK CO., INC.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:07-CV-01872-LKK-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING STATUS CONFERENCE; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; BLANK CONSENT; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; BLANK STIPULATION FOR VDRP

3. a. *Party served:*      MERCK CO., INC.
   b. *Person served:*    MARGARET WILSON, PROCESS SPECIALIST

4. *Address where the party was served:*    CT CORPORATION SYSTEMS, AGENT FOR SERVICE
   818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Sep. 14, 2007 (2) at: 3:00PM

7. **Person Who Served Papers:**                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICHARD R GARI



2300 P Street
Sacramento, CA 95816
(916) 498-0808
FAX (916) 498-0817

     d. *The Fee for Service was:*    $30.00
     e. I am: (3) registered California process server
           *(i)*    Independent Contractor
           *(ii)*    Registration No.:    4047
           *(iii)*    County:    Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Mon, Sep. 24, 2007

                                                                                           (RICHARD R GARI)

Judicial Council Form                  PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE                            clc.114417