**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

USDC Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:**          **ERNASTINE HIGHET vs.  MERCK  CO., INC.**
**USDC No.:**    **2:07–CV–01872–LKK–EFB**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
November 05, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 8.**

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**November 5, 2007**          /s/  **L. Reader**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:

NEW CASE
NUMBER: